**GOLDEN GOODRICH LLP**
Beth E. Gaschen, State Bar No. 245894
bgaschen@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002

Attorneys for Chapter 7 Trustee
Jeffrey I. Golden



FILED & ENTERED

SEP 13 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10045-TA |
| JACQUELINE ANN MCKAYE, | Chapter 7 |
| Debtor. | |
| JACQUELINE ANN MCKAYE, | Adv. No. 8:23-ap-01045-TA |
| Plaintiff, | **ORDER GRANTING JOINT REQUEST TO DISMISS ADVERSARY CASE WITHOUT PREJUDICE AND VACATE HEARINGS AND DEADLINES** |
| CARDENAS THREE, LLC, et al., | **DATE:   August 10, 2023** |
| Defendants. | **TIME:   11:00 a.m.** |
| | **CTRM:   5B Via ZoomGov** |

On August 10, 2023, at 11:00 a.m. via ZoomGov, the Court held a hearing on the Joint Request to Dismiss Adversary Case Without Prejudice and Vacate Hearings and Deadlines ("Request").  Appearances were as noted on the record.

The Court having read and considered the Request and the opposition thereto, argument made by counsel at the hearing, and with good cause shown,

IT IS ORDERED:

1.   The above-captioned adversary proceeding is dismissed with prejudice as to the Estate; and

4881-1479-7181.1                                           1                                           ORDER

2.      The issue as to prejudice as to the Debtor is not being determined at this time.

###

Date: September 13, 2023

Theodor C. Albert
United States Bankruptcy Judge